In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Assets of the NORSKE LLOYD INSURANCE COMPANY, LTD. NORWEGIAN RECEIVER OF NORSKE LLOYD INSURANCE COMPANY, LTD., and Others, Appellants; WOODIN TRANSPORTATION COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SYLVAN HOFFMAN, Respondent, v. PAPER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SEVERNOE SECURITIES CORPORATION, Respondent, v. LONDON AND LANCASHIRE INSURANCE COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SIMEON B. EISENDRATH, Respondent, v. JACOB SCHLESINGER, INC., and Others, Defendants, Impleaded with TIVOLI CONSTRUCTION CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROBERT A. HAAG, Appellant, v. EMMA C. TURNEY, Respondent.— Order modified by striking out the words " and denying the defendant's motion to set aside the verdict and for a new trial," and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRAHAM POWERS KNITTING MILLS, INC., Respondent, v. MILTON SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE RICH-SAMPLINER KNITTING MILLS COMPANY, Respondent, v. CRESCENT KNITTING CORPORATION and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM F. DORNBUSCH, Respondent, v. EDITH DORNBUSCH, Appellant.— Order modified by allowing $500 counsel fee, payable in two installments, and as so modified affirmed, with $10 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EXCHANGE BAKERY & RESTAURANT, INC., Respondent, v. LOUIS RIFKIN, Individually and as President of WAITERS AND WAITRESSES UNION, LOCAL No. 1, an Unincorporated Association of Seven or More Members, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.